LF-31 (rev. 08/01/06)

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**  www.flsb.uscourts.gov

☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ralph Laneve                    JOINT DEBTOR: Michelle Laneve           CASE NO.: 10-10601
Last Four Digits of SS# 8020             Last Four Digits of SS# 3627

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT**: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 2,024.10 for months 1 to 60 ;
B. $ _____ for months __ to __ ;
C. $ _____ for months __ to __ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,000.00         TOTAL PAID $ 1,000.00
Balance Due $ 3,000.00          payable $ 200.00 /month (Months 1 to 15 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase
Address: _____
Account No: 3031

Arrearage on Petition Date     $ 6,600.00
Arrears Payment                $ 110.00 /month (Months 1 to 60 )
Regular Payment                $ 1301.86 /month (Months 1 to 60 )

2.
Address: _____
Account No: _____

Arrearage on Petition Date     $ _____
Arrears Payment                $ _____ /month (Months __ to __ )
Regular Payment                $ _____ /month (Months __ to __ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Southeast Toyota (1599) | 2007 Camry $10,000.00 | ~~5.00%~~ 5.25% | $189.86 | 1 To 60 | $11,391.60 |
| Chase (1753) | 4187 N. Landar Cir. $ | 0.00% | $0.00 | 1 To 60 | $0.00 |
| | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS
Total Due $ 10702.00
Payable $ 28.37 /month (Months 1 to 15 ) Regular Payment $ _____
Payable $ 228.37 /month (Months 16 to 60 ) Regular Payment $ _____

Unsecured Creditors: Pay $ 10.00 /month (Months 1 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor's surrender any interest in River Ranch Campground.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____           Joint Debtor _____
Date: _____                    Date: _____