**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ ___5th___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ralph Laneve        JOINT DEBTOR: Michelle Laneve    CASE NO.: 10-10601-PGH
Last Four Digits of SS# 8020         Last Four Digits of SS# 3627

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $1,994.12  for months __1__ to __60__;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,000.00    TOTAL PAID $ 1,000.00
        Balance Due    $3,000.00  payable $200.00/month (Months __1 to _15)
        ($3,500.00 fee for filing of Bankruptcy) ($500.00 for Motion to Value)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase                        Arrearage on Petition Date $ 3,084.11
Address: POB 78148              Arrears Payment         $   51.41/month (Months __1_ to _60)
         Phoenix, AZ            Regular Payment         $1,263.17/month (Months __1_ to _60)
Account No: Acct. No. 3031

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Southeast Toyota Finance POB 991817 Mobile, AL 36691-8817 Acct. No. 1599 | $13,900.00 2007 Toyota Camry Vin No. 4T1BK46K47U513382 Mileage: 35,726 | 5.25% | $263.91 | __1__ To __60__ | $15,834.60 |
| Chase POB 78148 Phoenix, AZ 85062-8148 Acct. No. 1753 | $130,000.00 2nd Mortgage on Property located at: 4187 North Landar Circle, Lake Worth, FL 33463 | 0.00% | $0.00 | ____ To ____ | $0.00 |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.Internal Revenue Service       Total Due  $ 10,460.84
            Payable    $   24.35/month (Months _1_ to _15)
            Payable    $  224.35/month (Months 16 to 60)

Unsecured Creditors: Pay $10.00/month (Months 1 to 60) in full satisfaction of all allowed claims. Pro rata Dividend will be calculated by the Trustee upon review of filed claims after bar date.

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors surrenders any interest in River Ranch Campground. HSBC (#8576) to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
/s/ Ralph Laneve                    /s/ Michelle Laneve
Debtor                              Joint Debtor
Date: August 17, 2010               Date: August 17, 2010
LF-31 (rev. 01/08/10)