**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ \_\_\_1st\_\_\_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ralph Laneve          JOINT DEBTOR: Michelle Laneve    CASE NO.: 10-10601-PGH
Last Four Digits of SS# 8020          Last Four Digits of SS# 3627

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $1,779.72    for months    1    to    28   ;
  B.  $ 2,200.67   for months    29   to    60   ;
  C.  $_____ for months _____to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,450.00     TOTAL PAID $  1,000.00
              Balance Due    $3,450.00   payable $107.14 /month  (Months   1 to  28)
                                          $225.00 /month  (Months  29 to 30)
        ($3,500.00 fee for filing of Bankruptcy) ($500.00 for Motion to Value)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | | |
|---|---|---|
| 1. Chase | Arrearage on Petition Date | $ 3,084.11 |
| Address: POB 78148 | Arrears Payment | $    55.96/month  (Months    1  to  28) |
| | | $    47.41/month  (Months   29  to 60) |
| Phoenix, AZ | Regular Payment | $1,111.54/month  (Months    1  to  28) |
| Account No: Acct. No. 3031 | | $1,395.85/month  (Months   29 to  60 ) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Southeast Toyota Finance POB 991817 Mobile, AL 36691-8817 Acct. No. 1599 | $13,900.00 2007 Toyota Camry Vin No. 4T1BK46K47U513382 Mileage: 35,726 | 5.25% | $232.23  $291.63 | 1 To 28  29 To 60 | $15,834.60 |
| Chase POB 78148 Phoenix, AZ 85062-8148 Acct. No. 1753 | $130,000.00 2nd Mortgage on Property located at: 4187 North Landar Circle, Lake Worth, FL 33463 | 0.00% | $0.00 | _____To _____ | $0.00 |
| | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due  $ 10,460.84
              Payable   $     97.42 /month  (Months  1   to  28)
              Payable   $     30.72/month  (Months 29  to   30)
              Payable   $    255.72/month  (Months 31 to   60)

Unsecured Creditors:  Pay $79.61/month (Months 1 to 28);   $10.00/month (Months 29 to 60)

in full satisfaction of all allowed claims.  Pro rata Dividend will be calculated by the Trustee upon review of filed claims after bar date.

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above: Debtors surrenders any interest in River Ranch Campground. HSBC (#8576) to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| */s/ Ralph Laneve* | */s/ Michelle Laneve* |
| Debtor | Joint Debtor |
| Date:  May 21, 2012 | Date: May 21, 2012 |

LF-31 (rev. 01/08/10)