IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsbuscourts.gov

In re:

RALPH LANEVE and                                    Case No.  10-10601
MICHELLE LANEVE,                                    Chapter 13

     Debtors.
_____/

**DEBTORS' MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

     **COMES NOW**, the Debtors, RALPH LANEVE and MICHELLE LANEVE, by and through undersigned counsel, hereby file this Motion to Modify Confirmed Chapter 13 Plan and state as follows:

     1.    The Debtors' mortgage company has filed Notice of Mortgage Payment Change effective April 1, 2013.

     2.    The Debtors seek to modify Chapter 13 Plan to adjust the payments to the mortgage company.

     3.    The second modified plan provides for payment to creditors in the same amount as paid in the first modified plan.

     4.    The Debtors are current with all payments under the proposed modified Chapter 13 plan.

     **WHEREFORE** the Debtors respectfully request this Court confirm the modified plan.

     **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District of Florida and I am certified in the compliance with the additional qualification to practice in this Court as set forth in Local Rule 910 (D) and (2).

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ECMF to the Office of the **U.S. Trustee** and **Robin R. Weiner**, Chapter 13 Trustee and via U.S. Mail to all parties on the  creditor's mailing matrix, this 5th day of February, 2013.

                              BRIAN K. MCMAHON, P.A.
                              6801 Lake Worth Rd., Suite 201
                              Lake Worth, FL  33467
                              Telephone:  561/642-3000
                              Facsimile:  561/965-4966
                              email: briankmcmahon@gmail.com

               By:    */s/ Brian K. McMahon*_____
                           Brian K. McMahon Esquire
                           Attorney for the Debtor
                           FBN: 0853704