**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __3rd__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ralph Laneve                JOINT DEBTOR: Michelle Laneve    CASE NO.: 10-10601-PGH
Last Four Digits of SS# 8020        Last Four Digits of SS# 3627

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 1824.78 for months __1__ to __37__;
  B.   $ 2,059.12 for months __38__ to __60__;
  C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,950.00    TOTAL PAID $ 1,000.00
                        Balance Due    $3,950.00 payable $93.24/month (Months __1__ to __37__)
                                                                  $250.00/month (Months __38__ to __39__)
                    ($3,500.00 fee for filing of Bankruptcy) ($500.00 for Motion to Value)
                    ($450 for 1 MP (5/12)) ($500 for 2MP)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase                             Arrearage on Petition Date $ 3,084.11
Address: POB 78148                   Arrears Payment       $    53.49/month (Months __1__ to __37__)
                                                           $    48.05/month (Months __38__ to __60__)
    Phoenix, AZ                      Regular Payment       $ 1,169.13/month (Months __1__ to __37__)
Account No: Acct. No. 3031                                 $ 1,238.98/month (Months __38__ to __60__)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Southeast Toyota Finance POB 991817 Mobile, AL 36691-8817 Acct. No. 1599 | $13,900.00 2007 Toyota Camry Vin No. 4T1BK46K47U513382 Mileage: 35,726 | 5.25% | $244.26  $295.52 | __1__ To __37__  __38__ To __60__ | $15,834.60 |
| Chase POB 78148 Phoenix, AZ 85062-8148 Acct. No. 1753 | $130,000.00 2nd Mortgage on Property located at: 4187 North Landar Circle, Lake Worth, FL 33463 | 0.00% | $0.00 | __1__ To __60__ | $0.00 |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service       Total Due $ 10,460.84
                        Payable $    116.35/month (Months __1__ to __37__)
                        Payable $     39.38/month (Months 38 to 39)
                        Payable $    289.38/month (Months 40 to 60)

Unsecured Creditors: Pay $60.24/month (Months 1 to 37); $14.00/month (Months 38 to 60)

 in full satisfaction of all allowed claims. Pro rata Dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtors surrenders any interest in River Ranch Campground.  HSBC (#8576) to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
*/s/ Ralph Laneve*_____          */s/ Michelle Laneve*_____
Debtor                                          Joint Debtor
Date:__March 6, 2013                            Date: March 6, 2013

LF-31 (rev. 01/08/10)